**FILED**

DEC 14 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr300-T |
| | ) | [21 USC 841(a)(1); |
| *LEENANDORA | ) | 21 USC 844] |
| ~~LEEANDORA~~ WOODS | ) | |
| | ) | |
| | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## COUNT 1

On or about November 1, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

*LEENANDORA
~~LEEANDORA~~ WOODS,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of cocaine base, commonly known as "crack", a Schedule II Controlled Substance, and a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about November 1, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

*LEENANDORA
~~LEEANDORA~~ WOODS,

did knowingly and intentionally possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844.

*NAME AMENDED/CORRECTED per 8/4/06 Order, dn 55

**SCANNED**

A TRUE BILL:

*[signature: Jayne D. Gilbert]*
Foreperson

*[signature: Leura G. Canary]*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*[signature: Susan R. Redmond]*
Susan R. Redmond
Assistant United States Attorney