CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-30157-JU-ALL

Case title: USA v. Woods  
Other court case number: 2:05cr300-T USDC MDAL

Date Filed: 03/23/2006

---

Assigned to: Honorable Unassigned

**Defendant**

**Leeandora Woods** (1)  
*TERMINATED: 03/23/2006*

represented by **Federal Defender**  
Federal Defender Office (Detroit)  
645 Griswold Street  
Suite 2255  
Detroit, MI 48226  
313-961-4150  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
Rule 40 from Middle Alabama

**Disposition**  
TRANSFERRED

---

**Plaintiff**

USA

represented by **Karl R. Overman**  
United States Attorney's Office

211 W. Fort Street
Suite 2001
Detroit, MI 48226-3211
313-226-9100
Fax: 313-226-9604
Email: Karl.Overman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2006 | 1 | PETITION by Karl R. Overman for removal hearing as to Leeandora Woods (1). (MLan, ) (Entered: 03/23/2006) |
| 03/23/2006 | | Minute Entry for proceedings held before Honorable Donald A Scheer : Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Leeandora Woods held on 3/23/2006. (Tape #: DAS 3/23/06) (Defendant Attorney: Jonathan Epstein) (AUSA: Karl Overman) (MLan, ) (Entered: 03/23/2006) |
| 03/23/2006 | | Minute Entry for proceedings held before Honorable Donald A Scheer : Removal Hearing not held on 3/23/2006. Disposition: Removal Hearing Waived (Tape #: DAS 3/23/06) (Defendant Attorney: Jonathan Epstein) (AUSA: Karl Overman) (MLan, ) (Entered: 03/23/2006) |
| 03/23/2006 | | Minute Entry for proceedings held before Honorable Donald A Scheer : Detention Hearing as to Leeandora Woods held on 3/23/2006. Disposition: Bond denied (Tape #: DAS 3/23/06) (Defendant Attorney: Jonathan Epstein) (AUSA: Karl Overman) (MLan, ) (Entered: 03/23/2006) |
| 03/23/2006 | 2 | ORDER APPOINTING FEDERAL DEFENDER as to Leeandora Woods. Signed by Honorable Donald A Scheer. (PPaul, ) (Entered: 03/27/2006) |
| 03/23/2006 | 3 | WAIVER of Rule 5 Hearings by Leeandora Woods (PPaul, ) (Entered: 03/27/2006) |
| 03/23/2006 | 4 | ORDER holding Defendant to appear in Middle District of Alabama, as to Leeandora Woods Signed by Honorable Donald A Scheer. (PPaul, ) (Entered: 03/27/2006) |
| 03/27/2006 | 5 | NOTICE transferring case to Middle District of Alabama as to Leeandora Woods. (PPaul, ) (Entered: 03/27/2006) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/27/2006 13:05:50 |

| PACER Login: | us4894 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:06-mj-30157-JU |
| Billable Pages: | 1 | Cost: | 0.08 |

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
MAR 23 2006
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NO. 06- 30157
Originating No: 2:05cr300-T

LEEANDORA WOODS,

    Defendant.

_____/

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Leeandora Woods to answer to charges pending in another federal district, and states:

1. On March 22, 2006 defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Middle District of Alabama (Northern Division) based on an Indictment. Defendant is charged in that district with knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of cocaine base, commonly known as "crack", a Schedule II controlled substance, and a mixture or substance containing

a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and knowingly and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                        Respectfully submitted,

                                        Stephen J. Murphy
                                        United States Attorney

                                        Karl Overman
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI  48226-3211
                                        (313) 226-9604

Date: March 23, 2006

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

Leeandora Woods

Case No: 06-30157

## APPOINTMENT OF FEDERAL DEFENDER OFFICE

FILED MAR 23 2006 CLERK'S OFFICE DETROIT

- [ ] MULTIPLE DEFENDANT CASE
- [ ] NON-ENGLISH SPEAKING
- [ ] DEFENDANT IN CUSTODY

LANGUAGE: _____

VIOLATION: _____

CASE TYPE: Removal

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender Office, 22nd Floor, 2255 Penobscot Building, Detroit, Michigan 48226, telephone number **(313) 961-4150**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

**NEXT COURT DATE:** _____

Dated: 3/23/06

_____
United States District Judge/Magistrate Judge

AUSA Assigned: K Overman

## PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.**

Defendant's Name, Address & Telephone Number:

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

ORIGINAL

2

**F I L E D**

**MAR 23 2006**

**CLERK'S OFFICE DETROIT**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEEANDORA WOODS,

        Defendant.
_____/

**WAIVER OF RULE 5 and 5.1 HEARINGS**
**(Excluding Probation Violation Cases)**

CASE NO. 06-30157
ORIGINATING NO. 2:05cr300-T

I understand that in the Middle District of Alabama charges are pending alleging violation of with knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of cocaine base, commonly known as "crack", a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and knowingly and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844. and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.

2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3. Have an identity hearing to determine if I am the person named in the charge.

4. Have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Leeandora Woods
Defendant
Date: 3/23/06

_____
Counsel for Defendant
Date: 3/27/06

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 06-30157

v.                                      Judge

Leeandora Woods,                Magistrate Judge Donald Scheer

        Defendant(s).
_____/

### NOTICE OF TRANSFER PURSUANT TO RULE 5(3)(E)
### OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO: [**Middle District of Alabama**]

Enclosed please find certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim. P. 5(3)(E) and the docket sheet. The case record is electronic and can be viewed at https://ecf.mied.uscourts.gov using your PACER login.

Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

                          Clerk's Office
                          United States District Court
                          **231 W. Lafayette**
                          Detroit, MI 48226

### CERTIFICATION

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                          DAVID J. WEAVER, CLERK OF COURT

Date: 3/27/06            By_____S/Pat Paul_____

                                      Deputy Clerk