IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR. NO.:   2:05cr300–MHT |
| ) | |
| LEEANDORA WOODS   ) | |

## ORDER

For good cause, it is

ORDERED that the arraignment of the defendant be and is hereby scheduled for 19 April 2006 at 10:00 a.m. in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 11th day of April, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE