## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
#### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 4/24/06

DIGITAL RECORDING: 10:04 - 11:11

DATE COMPLETED: 4/24/06

USA *

vs *   2:05cr300-MHT

LEEANDORA WOODS *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan R. Redmond | | Susan James |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Tamara Martin, Pretrial Officer

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Detention Hearing


SEE MINUTES ATTACHED

| Description | 2:05cr300-MHT: USA vs Leeandora Woods: DETENTION HEARING | |
|---|---|---|
| Date | 4/24/2006 | Location |

| Time | Speaker | Note |
|---|---|---|
| 10:04:25 AM | Court | Court Convened; Witnesses Sworn |
| 10:05:33 AM | Government | Invokes Rebuttable Presumption |
| 10:06:05 AM | Defense | Calls Witness Shacara Robinson; Witness Testifies |
| 10:12:58 AM | Government | Questions Witness |
| 10:16:34 AM | Defense | Re-Directs Witness |
| 10:17:22 AM | Court | Questions Witness |
| 10:23:45 AM | Government | Further questions witness |
| 10:26:32 AM | Defense | Further questions witness |
| 10:28:03 AM | Government | Has a final questions |
| 10:28:20 AM | | Witness excused |
| 10:28:34 AM | Defense | Calls Witness Tamara Martin, Pretrial Officer; Witness testifies |
| 10:37:51 AM | Government | Questions Witness |
| 10:43:38 AM | Defense | Objection to line of questioning |
| 10:44:01 AM | Government | Responds |
| 10:44:04 AM | Court | Objection Overruled in part and sustained in part |
| 10:45:54 AM | Defense | Objection |
| 10:46:00 AM | Court | Objection Overrules |
| 10:46:23 AM | Defense | Re-Direct Witness |
| 10:50:06 AM | Government | Further questions witness |
| 10:51:18 AM | | Witness Exused |
| 10:51:30 AM | Defense | Recalls Witness Shacara Robinson |
| 10:52:22 AM | Government | Further questions witness |
| 10:54:13 AM | | Witness excused; Defense Rests |
| 10:54:40 AM | Government | Calls Witness Scott Edwards; Witness testifies |
| 10:55:59 AM | Defense | Objects |
| 10:56:05 AM | Court | Objections overruled |
| 10:57:47 AM | Defense | Cross - Examines witness |
| 11:00:19 AM | | Witness Excused |
| 11:00:43 AM | Defense | Gives closing arguement regarding the defendant |
| 11:02:39 AM | Government | Gives Closing arguement |
| 11:04:37 AM | Court | Orders that the defendant be detained |
| | | COURT IN RECESS |