IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:05cr-00300-MHT-VPM-1 |
| | * |
| LEEANDORA WOODS, | * |
| | * |
| DEFENDANT. | * |

## MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION

Comes now the Leeandora Woods by and through undersigned counsel and files this motion requesting an extension of time to file his suppression motion and in support thereof states the following:

1.  Woods was originally charged in an indictment which was dismissed by the government.

2.  He was re-indicted on December 14, 2005 but not arrested until March 23, 2005. Woods was arraigned on April 19, 2006. The undersigned was not notified of the arraignment and Woods had a court appointed attorney present.

3.  Based on the Court's standing order the suppression motion was due April 29, 2006. This was a Saturday, therefore the suppression motion is due today, May 1, 2006.

4.  Based on a fairly involved detention hearing on November 3, 2005 in the original case it is necessary for counsel to obtain that transcript to prepare and finalize the suppression motion. Contact has been made with Mitchell Reisner regarding the transcript and counsel is awaiting information from Reisner as to the cost of the transcript.

5. The undersigned has a brief due in the Eleventh Circuit in the matter of *United States v. Claude Wood*, Case No. 04-cr-12, on May 3, 2006.

6. Counsel will be out of town on an evidentiary hearing remand from the Tenth Circuit in the matter of *United States v. Stiger*, Case No. CR126-C, Northern District of Oklahoma on May 2-4, 2006.

7. Counsel anticipates that Reisner will have the transcript done forthwith and counsel will be able to finalize this suppression motion.

8. Therefore counsel is requesting an additional two weeks to file the suppression motion.

9. Counsel does not anticipate this being a problem given the fact that Woods has signed a waiver of speedy trial. His trial is not set until August, 2006.

10. Counsel has attempted to reach AUSA Susan Redmond on today's date regarding her position on the motion. At the time of filing this motion AUSA Redmond has not returned her call.

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan G. Redmond
United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

    Respectfully submitted,


    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012