IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 2:05-CR-300-MHT |
| LEEANDORA WOODS | ) | |
| | ) | |

**MOTION FOR HANDPRINTS AND FINGERPRINTS**

Susan R. Redmond, Assistant U.S. Attorney for the Middle District of Alabama, hereby moves this Court for an order directing Defendant ("Woods") to provide handprints and fingerprints to agents of the Drug Enforcement Administration (ADEA), the High Intensity Drug Trafficking Area Task Force (HIDTA), and the Montgomery Police Department (MPD). In support of the motion, the United States offers the following:

1. The requested handprints and fingerprints are necessary and relevant in the above-styled proceeding.

2. There is no Fourth Amendment expectation of privacy in one's handprints and fingerprints. See Davis v. Mississippi, 394 U.S. 721, 727 (1969) ("Fingerprinting involves none of the probing into an individual's private life and thoughts that marks an interrogation or search."); Katz, *supra*.

3. Accordingly, the United States respectfully requests this Honorable Court issue an order directing Woods provide the handprints and fingerprints requested above.

Respectfully submitted this 2nd day of May, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, AL 36101-0197
        334.223.7280
        334.223.7135   fax
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 2:05-CR-300-MHT |
| LEEANDORA WOODS | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, AL 36101-0197
        334.223.7280
        334.223.7135   fax
        susan.redmond@usdoj.gov