IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR300-MHT |
| | ) | [WO] |
| LEEANDORA WOODS | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Motion to Extend Time to File Dispositive Motion, filed on 1 May 2006 (Doc. # 15), is DENIED as moot. Pursuant to the Arraignment Order entered on 19 April 2006 (Doc. # 11), the defendant's pretrial motions are not due until two days before the pretrial conference on 15 May 2006, or 12 May 2006.

The defendant is CAUTIONED, however, that requests for extensions must be made before the motion deadline. All others will be summarily denied.

DONE this 3rd day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE