IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR300-MHT |
| | ) | |
| LEEANDORA WOODS | ) | |

## **ORDER**

Upon consideration of the government's Motion for Handprints and Fingerprints, filed on 2 May 2006 (Doc. # 16), it is

ORDERED that, on or before 9 May 2006, the defendant shall show cause in writing why the motion should not be granted and shall set forth legal authority for his position.

DONE this 3rd day of May, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE