IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR300-MHT |
| | ) | |
| LEEANDORA WOODS | ) | |

## ORDER

The defendant filed a Motion to Suppress on 12 May 2006 (Doc # 20).

Accordingly, it is ORDERED as follows:

1. The government shall file its response on or before 31 May 2006.

2. The parties shall appear for a hearing on the motion on 20 June 2006 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE