IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.

    CASE NO. 05-cr-300-MHT

LEEANDORA WOODS,
    DEFENDANT.

## NOTICE OF APPEARANCE

Comes now Denise A. Simmons and enters her Notice of Appearance in the above styled case on behalf of the defendant Leeandora Woods.

Respectfully submitted this the 15th day of May 2006.

_____
Denise A. Simmons ASB5019I32D

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Susan Redmond, AUSA via hand delivery on this the 15th day of May 2006.

_____
Of Counsel