IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 2:05-CR-300-MHT |
| LEEANDORA WOODS | ) | |
| | ) | |

## ORDER

Upon consideration of the Motion for Handprints and Fingerprints by the United States of America in the above-referenced matter, representing that handprints and fingerprints are necessary and relevant in the above-styled proceeding,

It is hereby **ORDERED** that the Motion for Handprints and Fingerprints be and is hereby granted and the Defendant is **ORDERED** to provide handprints and fingerprints, in such names and numbers as may be requested by any federal agent, including agents of the Drug Enforcement Administration, the High Intensity Drug Trafficking Area Task Force, and the Montgomery Police Department.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE