IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR300-MHT |
| | ) | |
| LEEANDORA WOODS | ) | |

**ORDER ON MOTION**

On 3 May 20065, the court entered an order (Doc. # 18) directing the defendant to show cause in writing by 9 May 2006 why the government's Motion for Handprints and Fingerprints (Doc. # 16) should not be granted. The defendant has not responded. Accordingly, it is

ORDERED that the motion is GRANTED. The court has entered the government's proposed order on this date.

DONE this 15th day of May, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE