**COURTROOM DEPUTY'S MINUTES**          **DATE:** 5/15/06

**MIDDLE DISTRICT OF ALABAMA**          Digital Recording: 9:24 - 9:25
                                          9:27- 9:35

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:05cr300-MHT           **DEFENDANT(S): LEEANDORA WOODS**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Susan James |

❒ **DISCOVERY STATUS:**          Complete

❒ **PENDING MOTION STATUS:**     Motion for Suppression

                                 Defendant's Supplement by 5/17/06
                                 Government's Response by 5/31/06
                                 Hearing Set for 6/2/06 @ 2:00 p.m.

❒ **PLEA STATUS:**

❒ **TRIAL STATUS**
                                 2 days for Trial

❒ **REMARKS:**