IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
v.                               )        CASE NO. 2:05cr300-MHT
                                 )
LEEANDORA WOODS                  )

## ORDER

Based on this court's order setting the above-styled case for trial on 7 August 2006, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on 2 June 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 23rd day of May 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE