**COURTROOM DEPUTY'S MINUTES**          **DATE:** 6/2/06

**MIDDLE DISTRICT OF ALABAMA**          Digital Recording: 9:19 - 9:19

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:05cr300-MHT          **DEFENDANT(S):** LEEANDORA WOODS

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan Redmond | * | Susan James (NOT PRESENT) |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**     Complete

❒ **PENDING MOTION STATUS:**   Motion for Suppression

❒ **PLEA STATUS:**

❒ **TRIAL STATUS**
    **2 days for Trial**

❒ **REMARKS:**