AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

USA

V.

LEEANDORA WOODS

**NOTICE**

CASE NUMBER: 2:05cr300-MHT

TYPE OF CASE:

☐ CIVIL    x CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

COMPLETION of Suppression Hearing before Magistrate Judge Vanzetta Penn McPherson in Courtroom 5-A

x TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| United States District Court Montgomery, AL 36101 | 6/20/06 @ 2:00 p.m., hearing was not completed, continued | 6/26/06 @ 2:00 p.m. |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

/s/

(BY) DEPUTY CLERK

6/21/06
DATE

TO: