## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 6/20/06

DATE COMPLETED: 6/2606

USA

vs

LEENANDORA WOODS

DIGITAL RECORDING:

6/20/06 - 2:08 - 5:03

6/26/06 - 2:07 - 3:30

2:05cr300-MHT

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Susan Graham James |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Mitchell Reisner, Court Reporter

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Suppression Hearing

### SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:05cr300-MHT: USA vs. Leeandora Woods: Suppression Hearing | |
|---|---|---|
| Date | 6/20/2006 | Location: Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2:08:50 PM | Court | Convenes; Witnesses Sworn; Rule Invoked |
| 2:10:11 PM | Government | Request Admission of Exhibit 1 |
| 2:11:33 PM | Court | Exhibit Admitted |
| 2:12:34 PM | Government | Makes Stipulations |
| 2:15:35 PM | Defense | Request Admission of Defendant's Collective Exhibit 1(All Records regarding Drug Dog Luke) |
| 2:17:56 PM | Court | Defendant's Exhibit I admitted |
| 2:18:56 PM | Government | Witness Mike Drummond called as 1st witness; witness testifies |
| 2:29:07 PM | Defense | Cross Examines Witness |
| 2:42:56 PM | Government | Re-Directs Witness |
| 2:46:49 PM | Court | Questions Witness |
| 2:56:07 PM | | Witness Excused |
| 2:56:47 PM | Government | Witness Corporal Carnell Mills called as 2nd witness; witness testifies; View of Video |
| 3:22:24 PM | | Counsel resumes questioning |
| 3:32:11 PM | Defense | Plays the rest of the tape |
| 3:36:48 PM | Court | Request to stop tape; questions witness |
| 3:44:57 PM | Defense | Continues to Cross-Examines Witness; Requests VHS tape be admitted |
| 3:45:59 PM | Court | Admits DVD as exhibit 2; VHS tape admitted as Government's Exhibit 1 |
| 3:46:24 PM | Defense | Continues cross-exam |
| 3:55:44 PM | Government | Re-Directs Witness |
| 4:12:07 PM | | Court in Recess until 4:20 |
| 4:33:24 PM | | Court Reconvenes; Witness will complete his testimony and court will resume Monday 6/26/06 at 2:00 p.m. for the completion of the hearing. |
| 4:39:00 PM | Government | Continues questioning |
| 4:43:34 PM | Defense | Questions witness further |
| 4:47:15 PM | Court | Questions witness |
| 4:54:34 PM | Government | Questions witness |
| 4:59:56 PM | Defense | Questions witness |
| 5:01:57 PM | Government | Questions witness |
| 5:02:57 PM | Court | Witness Excused |
| 5:03:07 PM | | Court in Recess until Monday 6/26/06 @ 2:00 p.m. |

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:05cr300-MHT: Suppression Hearing continued | | |
|---|---|---|---|
| Date | 6/26/2006 | Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2:07:20 PM | Court | Convenes; Questions spelling of Defendant's name |
| 2:08:47 PM | Deft/Govt | After defendant spells his name, Government makes an ORAL MOTION to correct name on the indictment; Will later file a written motion to correct spelling of name; |
| 2:09:12 PM | Court | ORAL motion granted; GOVT to file a written motion |
| 2:09:39 PM | Government | Calls Scott Edwards; Witness testifes |
| 2:17:41 PM | Court | Questions witness |
| 2:18:03 PM | Government | Continues direct examination |
| 2:23:36 PM | Court | Questions Government line of questioning to witness Edwards; Government responds; (ongoing discussion); Court may require supplemental briefing |
| 2:38:50 PM | Government | Resumes examination |
| 2:48:50 PM | Defense | Cross Examines witness Edwards |
| 3:09:18 PM | Government | Re-Directs Witness |
| 3:12:56 PM | Defense | Additional questions to witness Edwards |
| 3:19:21 PM | Government | No further questions as to witness Edwards and no more witnesses for the Government |
| 3:19:54 PM | Court | Questions witness Edwards |
| 3:29:59 PM | | Witness Excused; Government Rests; Defense Witness not present; Defense has nothing further |
| 3:30:43 PM | | Court in Recess |