✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

USA

**GOVERNMENT'S EXHIBIT LIST**

V.

LEEANDORA WOODS

Case Number:  2:05cr300-MHT

| PRESIDING JUDGE<br>VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY<br>Susan Redmond | DEFENDANT'S ATTORNEY<br>Susan Graham James |
|---|---|---|
| TRIAL DATE (S)<br>6/20/06, 6/26/06 | COURT REPORTER<br>Mitchell Reisner | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/20/06 | x | x | VHS Video Tape of Leeandora Woods Traffic Stop from Patrol Vehicle |
| 2 | | 6/20/06 | x | x | DVD of Leeandora Woods Traffic Stop from Patrol Vehicle |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.