IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion for Leave to Amend Indictment orally stated on the record in open court on 26 June 2006 and followed by the written motion on 29 June 2006 (Doc. #35), is GRANTED.

DONE this 12th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE