IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. : 2:05cr300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |
| | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 15 May 2006, before the undersigned Magistrate Judge. Present at this conference was Susan James, counsel for the defendant, and Assistant United States Attorney Susan Redmond, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for 7 August 2006. The trial of this case is set for the trial term commencing on 7 August 2006, before Judge Myron H. Thompson and is expected to last two trial days.

2. There is currently pending a Motion to Suppress filed 12 May 2006 (Doc #20) and a Supplemental Motion to Suppress filed 17 May 2006 (Doc #26).

3. Proposed voir dire questions shall be filed on or before 31 July 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 31 July 2006. Motions *in limine* must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 31 July 2006.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on 31 July 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 7 August 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should be ready to go to trial on 7 August 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 13th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE