```
           IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                                     )
      v.                      )    2:05-CR-300-MHT
                                     )
LEENANDORA WOODS            )

<u>MOTION TO CONTINUE TRIAL</u>

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and as grounds for the <u>Motion to Continue Trial</u>, states as follows:

    1.   A <u>Motion to Suppress</u> was filed by Defendant Woods on May 12, 2006.

    2.   The Government filed its Response on May 31, 2006.

    3.   The Magistrate Court has not, to date, filed its' recommendations on Woods' <u>Motion to Suppress</u>.

    4.   Trial in the instant case is scheduled for August 7, 2006.

    5.   The assigned Assistant United States Attorney will be out of state from July 18, 2006 until July 23, 2006 and will not have an opportunity to respond to any order of this Court on the findings and recommendations of the Magistrate.

    6.   The assigned Assistant United States Attorney has attempted to contact defense counsel, but has been unable to reach her.

Based on the facts stated above, the United States respectfully requests a continuance of the trial in this case.

Respectfully submitted this 13th day of July, 2006.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY


                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7135
                susan.redmond@usdoj.gov

```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )           2:05-CR-300-MHT
                              )
LEENANDORA WOODS              )
```

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James.

```
                         Respectfully submitted,

                         LEURA GARRETT CANARY
                         UNITED STATES ATTORNEY


                         /s/ Susan R. Redmond
                         SUSAN R. REDMOND
                         Assistant United States Attorney
                         One Court Square, Suite 201
                         Montgomery, Alabama 36104
                         Telephone: (334) 223-7280
                         Fax: (334) 223-7135
                         susan.redmond@usdoj.gov
```

3