IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR300-MHT |
| | ) | |
| LEEANDORA WOODS | ) | |

## ORDER

For good cause, it is

ORDERED that this court's order ruling on an *oral* motion to amend the indictment (Doc. #40) is hereby VACATED. The parties have filed a *written* motion to amend the indictment (Doc. #35) which will be ruled on by the district judge assigned to this case.

DONE this 18th day of July, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE