| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 7/20/06 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 11:07 - 11:08 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**    2:05cr300-MHT    **DEFENDANT(S): LEEANDORA WOODS**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond - Informed the Court on 7/17/06 that she would not be present; Gave the Court information regarding this case on 7/17/06 | * * * * * | Susan James |

❒ **DISCOVERY STATUS:**    Complete

❒ **PENDING MOTION STATUS:**
#20 Motion for Suppression  #26 Supplemental Motion for Suppression-REC filed 7/19/06
#39 Motion to Continue Trial

❒ **PLEA STATUS:**

❒ **TRIAL STATUS**
2 days for Trial

❒ **REMARKS:** The Court informed counsel for the defendant of Judge Thompson's next trial term of 11/6/06