IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| **LEEANDORA WOODS** | ) | |

<u>ORDER</u>

It is ORDERED that the government's motion to continue (Doc. No. 39) is denied.

DONE, this the 21th day of July, 2006.

           /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**