# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:05cr300-MHT |
| LEENANDORA WOODS ) | |

## ORDER

It is ORDERED that defendant Leenandora Woods show cause, if any there be, in writing by August 1, 2006, as to why the government's motion for leave to amend indictment (doc. no. 35) should not be granted.

DONE, this the 25th day of July, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE