# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   <u>MYRON H. THOMPSON,</u>  JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  <u>August 2, 2006 </u>          AT  4:42   A.M./P.M.

DATE COMPLETED  <u>August 2, 2006</u>          AT  4:46 A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         2:05cr300-MHT
        VS.

LEENANDORA WOODS

---

|  <u>PLAINTIFF/GOVERNMENT</u>  | APPEARANCES |  <u>DEFENDANT(S)</u>  |
|---|---|---|
| AUSA Susan Redmond | X | Atty Susan G. James |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

---

<u>COURT OFFICIALS PRESENT:</u>

| Anthony Green, | Nicole Birch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

<u>PROCEEDINGS:</u>

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:      ON-THE-RECORD STATUS CONFERENCE (TELEPHONE)

4:42 p.m.                  Conference call convenes. Court wants to know
                          why Detective Stillman was not called as a
                          witness at the suppression hearing.
                          Government states that Stillman was not
                          available when the hearing took place.  Court
                          will consider calling Stillman as a witness .

4:46 p.m.                  Hearing concluded.