IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| LEENANDORA WOODS | ) | |

### ORDER

The court being of the opinion that it should hear firsthand from Officer Robert Stillman regarding what he heard and saw, it is ORDERED that a supplemental hearing on defendant Leenandora Woods's motions to suppress (Doc. Nos. 20 & 26) is set for August 4, 2006, at 11:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The government is to have Officer Stillman, as well as Officer Neil Thompson and all the other witnesses who testified before the magistrate judge, available to testify.

DONE, this the 3rd day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE