# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.    MYRON H. THOMPSON,    JUDGE           AT MONTGOMERY  ALABAMA

DATE COMMENCED  August 4, 2006              AT  11:45   A.M./P.M.

DATE COMPLETED  August 4, 2006              AT   2:40   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:05cr300-MHT
        vs.

LEENANORDA WOODS

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan Redmond | X | Atty Susan G. James |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Nicole Birch, | Jimmy Dickens, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SUPPLEMENTAL HEARING RE: MOTION TO SUPRESS

| Time | Event |
|---|---|
| 11:45 a.m. | Supplemental hearing commenced. Defendant's objection to re-opening hearing. Court overrules objection. Witnesses sworn; Witness Rule invoked. Government evidence presented. Defendant's evidence commenced. Court admits defendant's exhibits. Government exhibit 1 presented. Court admits government exhibit. |
| 12:52 p.m. | Recess |
| 1:55 p.m. | Government's evidence continues. Defendant's exhibits 3-11 (photographs) presented. Court admits photograph exhibits. Defendant agrees with the recommendation of the magistrate judge. Government's statements for court to consider regarding motion to suppress. |
| 2:40 p.m | Hearing concluded. |