IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA                           2:05CR300-MHT

     VS

LEENANDORA WOODS

---

   GOVERNMENT                                         DEFENDANT

WITNESS LIST

1. R.J. STEELMAN