| GOVERNMENT EXHIBITS |
|---|

SUPPLEMENTAL MOTION TO SUPPRESS HEARING

UNITED STATES OF AMERICA

v

LEENANDORA WOODS
2:05CR300-MHT

JUDGE MYRON H. THOMPSON
JIMMY DICKENS

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 8/4/2006 | 8/4/2006 | 1 | | | Drawing of house |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibits located in expansion folders w/case file |
| | | | | | | |
| | | | | | | |