| | | | | | UNITED STATES OF AMERICA |
|---|---|---|---|---|---|
| DEFENDANT EXHIBITS | | | | | v |
| SUPPLEMENTAL MOTION TO SUPPRESS HEARING | | | | | LEENANDORA WOODS 2:05cr300-MHT |
| | | | | | JUDGE MYRON H. THOMPSON JIMMY DICKENS |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 8/4/2006 | 8/4/2006 | 1 | Steelman | | Aff. In Support of a Anytime Search Warrant Knock and Announce |
| YES | 8/4/2006 | 8/4/2006 | 2 | Steelman | | Affidavit in Support of Arrest Warrant |
| YES | 8/4/2006 | 8/4/2006 | 3 | Steelman | | Photograph of house |
| YES | 8/4/2006 | 8/4/2006 | 4 | Steelman | | Photograph of house |
| YES | 8/4/2006 | 8/4/2006 | 5 | Steelman | | Photograph of street corner |
| YES | 8/4/2006 | 8/4/2006 | 6 | Steelman | | Photograph of house |
| YES | 8/4/2006 | 8/4/2006 | 7 | Steelman | | Photograph of street |
| YES | 8/4/2006 | 8/4/2006 | 10 | Steelman | | Photograph of street |
| YES | 8/4/2006 | 8/4/2006 | 11 | Steelman | | Photograph of church |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibits located in expansion folders w/case file |