IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
    v. )   CRIMINAL ACTION NO.
)       2:05cr300-MHT
**LEENANDORA WOODS** )        (WO)

**ORDER**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The government's objections (Doc. No. 52) are sustained.

(2) **The magistrate judge's recommendation (Doc. No. 43) is adopted as to the conclusion that the police did not make a reasonable stop based on an alleged violation of Alabama's vehicle-window tinting law; and said recommendation is rejected as to the conclusion that the police lacked a reasonable suspicion to conduct a** <u>Terry</u> **stop.**

**(3) Defendant Leenandora Woods's motions to suppress (Doc. Nos. 20 & 26) are denied.**

**DONE, this the 10th day of August, 2006.**

                                                  /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**