IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
       v.                     )    CRIMINAL ACTION NO.
                              )       2:05cr300-MHT
LEENANDORA WOODS              )


ORDER

The defendant raised other issues that were not addressed by the magistrate judge: the duration of the traffic stop and the scope of the search of both Woods and the vehicle he was driving. It is ORDERED that, if the defendant still wishes to pursue these issues, he should so inform the court in writing by 5:00 p.m. today, so that the court can address them either before or during the trial tomorrow.

DONE, this the 10th day of August, 2006.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE