IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:05cr-00300-MHT-VPM-1 |
| | * |
| LEEANDORA WOODS, | * |
| | * |
| DEFENDANT. | * |

### RESPONSE TO COURT ORDER OF AUGUST 10, 2006

Comes now the Leeandora Woods by and through undersigned counsel and files this response to the court's order of August 10, 2006 in support thereof states the following:

1. At approximately 2:49 p.m. on today's date Woods was instructed to advise the court in writing of his desire to preserve other issues for appeal that were presented to the Magistrate Judge but not reached.

2. Woods does desire to preserve the issue of the duration of the traffic stop and the scope of the search of both Woods and the vehicle he was driving.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan G. Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

    Respectfully submitted,


    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012