IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

## MOTION FOR RETURN OF EVIDENCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Honorable Court to direct the Clerk of the Court or her designee to return the hereinafter identified government exhibits to the undersigned Assistant United States Attorney or her designee.  In support thereof, the United States would show the following:

1.  The above-styled cause was heard at a suppression hearing before this Honorable Court beginning on June 20, 2006, through June 26, 2006.

2.  Trial is currently scheduled to begin on August 11, 2006.

3.  During the suppression hearing, the following government exhibits were offered and admitted into evidence: 1 (DVD of patrol stop of Leenandora Woods) and 2 (VHS tape of patrol stop of Leenandora Woods).  Said government exhibits are needed for the upcoming trial.

Wherefore, the United States respectfully requests that this Honorable Court direct the Clerk of the Court or her designee to return the above-identified government exhibits to the undersigned

Assistant United States Attorney or her designee, at or before trial in the above-styled matter.

Respectfully submitted this 10th day of August, 2006.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY


                /s/ Susan R. Redmond
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, AL 36101-0197
                334.223.7280
                334.223.7135 fax
                susan.redmond@usdoj.gov

```
         IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )           2:05-CR-300-MHT
                            )
LEENANDORA WOODS            )
```

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov