IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on August 11, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Leenandora Woods, to Neill Thompson, DEA, and/or Robert Stillman, Montgomery Police Department, and/or Scott Edwards, Montgomery Police Department, on August 14, 2006, through November 14, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Neill Thompson, DEA, and/or Robert Stillman, Montgomery Police Department, and/or Scott Edwards, Montgomery Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of August, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE