# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MYRON H. THOMPSON,  JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  August 11, 2006           AT  11:02   A.M./P.M.

DATE COMPLETED  August 11, 2006           AT  11:14   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:05cr300-MHT
        vs.

LEENANDORA WOODS

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan Redmond | X | Atty Susan Graham James |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

### COURT OFFICIALS PRESENT:

| Anthony Green, | Nicole Birch, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

### PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     Motion to Suppress Hearing (Additional
                           Oral Arguments)

11:02 a.m.                 Court continues.  Oral order granting motion
                           to continue trial to the extent that trial is
                           continued until 8/15/06. Oral order denying
                           motion to withdraw as counsel (incorporated
                           in motion to continue). Court will grant
                           motion to return evidence. Additional oral
                           arguments on suppress issues. Suppression
                           issues taken under advisement.
11:14 a.m.                 Hearing concluded.