IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| LEENANDORA WOODS | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) The motion to continue (doc. no. 60) is granted to the extent that the trial of this cause is continued to August 15, 2006, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

(2) The motion to withdraw (doc. no. 60) is denied.

DONE, this the 14th day of August, 2006.

                                                   /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE