IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:05cr300-MHT
LEENANDORA WOODS            )
```

## ORDER

Counsel for defendant Leenandora Woods having orally informed the court that defendant Woods has no objection, it is ORDERED that the government's motion for return of evidence (doc. no. 62) is granted.

DONE, this the 14th day of August, 2006.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE