| COURTROOM DEPUTY MINUTES | DATE: 8/14/06 | DIGITAL RECORDING: 3:30-3:38 3:55-4:46 pm |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Mitchell Reisner |

❏ ARRAIGNMENT    ☒ CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

PRESIDING MAG. JUDGE: _DELORES R. BOYD_     DEPUTY CLERK: _STANCEL LONG_
CASE NUMBER: _2:05cr300-MHT_     DEFENDANT NAME: _Leenandora Woods_
AUSA: _Susan Redmond_     DEFENDANT ATTY: _Susan James_
Type Counsel:   ( ) Waived;   (✓) Retained;   ( ) Panel CJA;   (X) CDO
USPO: _____
Defendant _____ does __x__ does NOT need and interpreter.
Interpreter present? __x__ NO _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
— WAIVER OF INDICTMENT executed and filed.
— MISDEMEANOR INFORMATION filed.
— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty            ❏ Nol Contendere
❏ Not Guilty by reason of insanity
☒ Guilty as to:
   ☒ Count(s) _1, 2_ of the Felony Indictment.
   ❏ Count(s) _____  ❏ dismissed on oral motion of USA;
                       ❏ to be dismissed at sentencing

✓ **ORAL ORDER ADJUDICATING GUILT as to COUNTS** _1, 2_
✓ Written plea agreement filed.  ❏ OPEN/ORAL Plea Agreement.  ❏ ORDERED SEALED.  ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.
— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release
   ❏ summons; for:
   ❏ Trial on _____;  ❏ Sentencing on _____  ❏ _____ Bond  ❏ to be set by Separate Order
✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
   ❏ Posting a $_____ Bond;
   ❏ Trial on _____;  or ☒ Sentencing on _____  ❏ set by separate Order.

Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed.  ❏ Detention requests time to secure new counsel.