## **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE         AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __AUGUST 7, 2006__         AT __10:35__ A.M./P.M.

DATE COMPLETED __AUGUST 7, 2006__         AT __1:35__ A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
       v                          )   CR NO 2:05cr300-MHT
                                  )
LEENANDORA WOODS                  )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X X X X X X | Atty Denise Arden Simmons |

COURT OFFICIALS PRESENT:

| Nicole Birch, Law Clerk | Anthony Green & Sheila Carnes, Courtroom Deputies | Mitchell Reisner, Court Reporter |
|---|---|---|

### JURORS

1. Edward E. Lamb
2. Trudy T. Richardson
3. Mark Ray Nickelson
4. Michael Gene Mullins
5. Starla Wiggins Ingram
6. Ben M. Blanton
7. Nicole H. Benson
8. Myrtis V. Talley
9. Jason Thomas White
10. Willie Dexter Tucker
11. Ricky Lee Turnham
12. Brenda Adams Dickens

### ALTERNATES

13. Faye B. Ohalloran
14. Deborah Jernigan Simpson

## **JURY SELECTION**

10:35 a.m.    Court convened.
              Multiple voir dire begun (Cr Nos. 3:06cr95-MHT, USA v
              Snipes; 2:05cr290-MHT, USA v Gordon; 2:06cr64-MHT, USA v
              Lewis and Reynolds; **2:05cr300-MHT, USA v Woods**; and
              2:05cr66-MHT, USA v Darter).
1:35 p.m.     Jury seated and excused; trial scheduled for Friday August
              11, 2006, 9:00 a.m.