# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED   October 12, 2006                AT  10:10   A.M./P.M.

DATE COMPLETED   October 12, 2006                AT  2:50    A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:05-cr-300-MHT
        VS.

LEENANDORA WOODS

---

|  PLAINTIFF(S)  | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Susan Graham James |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 10:10 a.m. | Sentencing hearing commenced. Defendant's **ORAL MOTION** to withdraw guilty plea. Government's objection to withdrawal. |
| 10:15 a.m. | Recess. |
| 10:20 a.m. | Court reconvenes.  Parties' argument regarding withdrawal of plea.  Court reserves ruling on motion to withdraw plea. |
| 10:30 a.m. | Hearing continued until 2:00 p.m. (10/12) |
| 2:45 p.m | Hearing continues.  Defendant's **ORAL MOTION** to withdraw motion to withdraw guilty plea. Government's **ORAL MOTION** to continue sentencing.  Court finds defendant competent to withdraw motion to withdraw guilty plea. **ORAL ORDER** granting motion to withdraw guilty plea.  **ORAL ORDER** granting motion to continue. Order to issue continuing sentencing. |
| 2:50  p.m | Hearing concluded. |