IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| **LEENANDORA WOODS** | ) | |

### ORDER

At the oral request of defendant Leeandora Woods made in open court on October 12, 2006, it is ORDERED that his sentencing is continued to January 31, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 13th day of October, 2006.

       /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**