2:05CR300-MHT

Lee Woods To: Judge Myron H. Thompson

My lawyer said it wouldn't make a difference but, I would like to hear it from you. Basically your Honor I'm being sentence to prison based on a lie. It's probably to late but had to ask. I tried to ask you myself in court but my lawyer wouldn't let me. Anyway your Honor this is what I don't understand. If Edwards testified that nobody involved in the surveillance was able to indetify the object with certainty (Tr. II at 33-34). How is it fair to me just because the first lie didn't work. Then Stellman get on the stand and make up something that should have been in my paper work from day one if it was true.

Your Honor I never knew anything about these so call rights that should protect me from being trap in certain situations. Like for example I knew it was wrong for having drugs in the car but the tint law protected me. And just like that issue the Fourth Amendment protected me when it came to reasonable suspicion of drug activity. Your Honor Stellman thought by saying I had an object in my hand was going to be enough to rape me of my Fourth Amendment rights. That's why he never testified because he thouth he armed Edward with the right information. Your Honor with all do respect I'd like to know how is it legal to let Stellman change a issue at the last minute the Edwards already clearified based on the whole surveillance included Stellman.

Your Honor I never wanted to ple guilty. I was forced into doing everything I did, all because Stellman got on stand and persuaded you to believe the lie he told. Your Honor I'm willing to take a lie detector test to prove what I'm saying but, I bet Stellman wont agree to take one. Because its all lies the investigation was conducted unproperly that's why they had to re-indict me. The first case got thrown out due to lack of procedure and that's the same thang that cause confussion in this case. Your Honor all I'm asking is that you address me on this issue before is get sentenced. The only reason I didn't go to trial is because i got three kids, and I couldn't risk being away from them for over 15 years. I just need to hear an explanation about it from you.

Woods
P.O. Box 159
[illegible], AL 361[illegible]

INMATE MAIL
Montgomery City Jail

MONTGOMERY AL 361
03 JAN 2007 PM 3 L

Judge Myron H. Thompson
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711

