IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| LEENANDORA WOODS | ) | |

### ORDER

Defendant Leenandora Woods having stated in a letter to the court (Doc. No. 76) that he "never wanted to ple[ad] guilty" and that he "was forced into doing everything," it is ORDERED that the letter is treated as a motion to withdraw guilty plea and the motion is set for a hearing on January 17, 2007, at 11:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

The government is to file a response to the motion by January 12, 2007.

DONE, this the 5th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE