# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 17, 2007          AT   11:20   A.M./P.M.

DATE COMPLETED   January 17, 2007          AT   12:15   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:05-cr-300-MHT
       VS.

LEENANDORA WOODS

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Susan Graham James |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        MOTION HEARING re [76] MOTION TO WITHDRAW
                             GUILTY PLEA

| | |
|---|---|
| 11:20 a.m. | Motion hearing convenes. Defendant counsel's statements regarding (pro-se) letter treated as a Motion to Withdraw Guilty Plea and summary of case. Court directs defendant to confer with his attorney regarding suppression issues, his plea and any court rulings. |
| 11:40 a.m. | Break. |
| 12:06 p.m. | Hearing continues. Defendant does not wish to withdraw his plea. Order to issue denying as moot defendant's motion to withdraw plea. |
| 12:15 p.m | Hearing concluded. |