IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:05cr300-MHT
LEENANDORA WOODS            )
```

### ORDER

Defendant Leenandora Woods having admitted in open court on January 17, 20007, that he does not want to withdraw his guilty plea and that he is "100% guilty," it is ORDERED that defendant Leenandora Woods's motion to withdraw guilty plea (doc. no. 76) is denied.

DONE, this the 18th day of January, 2007.

```
        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE
```