IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Continue Sentencing, states as follows:

1.  Sentencing in the above-styled case is set for January 31, 2007 at 10:00 a.m.

2.  The parties have entered into a plea agreement, the terms of which call for the government to file a motion for downward departure of at least 2 levels at sentencing, should defendant complete the cooperation agreement found at pages 4-6 of the plea agreement.

3.  The defendant has not completed his cooperation agreement. The defendant is expected to complete his cooperation agreement by April 27, 2007, by testifying in the case United States v. Grice, et al., scheduled for trial April 23, 2007, before United States District Court Judge W. Keith Watkins.

4.  The government will not file its' motion for downward departure unless and until the defendant completes his cooperation agreement and provides substantial assistance to the government.

5.  Counsel for the defendant, Susan G. James, Esq., has been contacted and has no objection to a continuance in this matter.

Based on the facts stated above, the United States respectfully requests a continuance of the

sentencing hearing in this case.

Respectfully submitted this 30th day of January, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan G. James.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov