IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| **LEENANDORA WOODS** | ) | |

## ORDER

It is ORDERED that the motion to continue sentencing (Doc. No. 81) is denied. The movant has not indicated why it waited less than one day--indeed, less than four business hours--before sentencing to make such a request. Absent exceptional and unforeseen circumstances, the court cannot manage its docket with such belated, last-minute requests.

DONE, this the 30th day of January, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**