# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.     MYRON H. THOMPSON,     JUDGE         AT MONTGOMERY  ALABAMA

DATE COMMENCED  January 31, 2007          AT  10:43  A.M./P.M.

DATE COMPLETED  January 31, 2007          AT  11:13  A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:05cr300-MHT
        VS.

LEENANDORA WOODS

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Susan Graham James |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SENTENCING HEARING

| | |
|---|---|
| 10:43 a.m. | Sentencing hearing commenced. Defendant counsel's statements (**ORAL MOTION to CONTINUE**) regarding continuing the sentencing with reference to finalizing the plea agreement. Government's statements regarding the late filing of the motion to continue sentencing. |
| 10:53 a.m. | Recess. |
| 11:12 a.m. | Sentencing hearing continues. Court directs government that all motions to continue sentencing should be filed two weeks in advance. Order to issue continuing sentencing. |
| 11:13 a.m. | Hearing concluded. |