IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on February 21, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Leenandora Woods, to Guy Kaquin, Montgomery Police Department, on February 22, 2007, through May 22, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Guy Kaquin, Montgomery Police Department, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the 23rd day of February, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE