IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Continue Sentencing, states as follows:

1. Sentencing in the above-styled case is set for May 7, 2007 at 10:00 a.m.

2. The parties have entered into a plea agreement, the terms of which call for the government to file a motion for downward departure of at least 2 levels at sentencing, should defendant complete the cooperation agreement found at pages 4-6 of the plea agreement.

3. The defendant has not completed his cooperation agreement. The defendant was expected to complete his cooperation agreement by April 27, 2007, by testifying in the case United States v. Grice, et al., scheduled for trial April 23, 2007, before United States District Court Judge W. Keith Watkins.

4. The case of United States v. Grice, et al., has been continued until August 6, 2007.

5. The government will not file its' motion for downward departure unless and until the defendant completes his cooperation agreement and provides substantial assistance to the government.

6. Counsel for the defendant, Susan G. James, Esq., has been contacted and has no objection to a continuance in this matter.

Based on the facts stated above, the United States respectfully requests a continuance of the sentencing hearing in this case.

Respectfully submitted this 16th day of April, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Susan R. Redmond
> SUSAN R. REDMOND
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280
> Fax: (334) 223-7135
> susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James.

                                            Respectfully submitted,

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            /s/ Susan R. Redmond
                                            SUSAN R. REDMOND
                                            Assistant United States Attorney
                                            One Court Square, Suite 201
                                            Montgomery, Alabama 36104
                                            Telephone: (334) 223-7280
                                            Fax: (334) 223-7135
                                            susan.redmond@usdoj.gov