IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Continue Sentencing, states as follows:

1. Sentencing in the above-styled case is set for August 31, 2007, at 10:00 a.m.

2. The parties have entered into a plea agreement, the terms of which call for the government to file a motion for downward departure of at least 2 levels at sentencing, should defendant complete the cooperation agreement found at pages 4-6 of the plea agreement.

3. The defendant has not completed his cooperation agreement. The defendant is expected to complete his cooperation agreement by November 30, 2007, by testifying in the case United States v. Grice, et al., scheduled for trial November 5, 2007, before United States District Court Judge W. Keith Watkins.

4. The government will not file its' motion for downward departure unless and until the defendant completes his cooperation agreement and provides substantial assistance to the government.

5. Counsel for the defendant, Susan G. James, Esq., has been contacted and has no objection to a continuance in this matter.

6. Additionally, Attorney James is scheduled for surgery on August 13, 2007 and is expected to be in recovery, and thus unable to attend court, through October, 2007.

Based on the facts stated above, the United States respectfully requests a continuance of the sentencing hearing in this case.

Respectfully submitted this 30th day of July, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7138
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-300-MHT |
| | ) | |
| LEENANDORA WOODS | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esquire.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7138
    susan.redmond@usdoj.gov