IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| **LEENANDORA WOODS** | ) | |

### ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 89) is granted.

(2) Sentencing for defendant Leeandora Woods, now set for August 31, 2007, is reset for December 3, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 30th day of July, 2007.

  /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**