IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.

                              CASE NO. 05-cr-300-MHT

LEEANDORA WOODS,
    DEFENDANT.

**MOTION TO RE-SET SENTENCING**

Comes now Susan G. James counsel for Leeandora Woods and files this motion to continue the presently set sentencing which is set for December 3, 2007 and in support thereof states the following:

1. The Court has set the sentencing for Woods for December 3, 2007.

2. Counsel requests the Court's consideration of the motion to reset the sentencing and in support thereof states the following conflict:

*United States v. Hyatt*, Case No. 1:2006CR00260-CG-1, Southern District of Alabama, jury selection on December 3, 2007.

4. Counsel requests the sentencing be rescheduled. Counsel has the following dates available: November 27, 28, and 30, 2007.

3. Wherefore it is respectfully requested that these dates be considered for the sentencing of Woods.

                        Respectfully submitted,
                        s/Susan G. James
                        SUSAN G. JAMES
                        Attorney at Law

> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012