IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr300-MHT |
| LEENANDORA WOODS | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Leenandora Woods's motion to reset sentencing (Doc. No. 91) is granted.

(2) Sentencing for defendant Woods, now set for December 3, 2007, is reset for November 30, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 8th day of November, 2007.

                                       <u>/s/ Myron H. Thompson</u>
                                   UNITED STATES DISTRICT JUDGE