AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LEENANDORA WOODS | Case No.   2:05cr300-01-MHT   (WO) |
| | USM No.   11819-002 |
| | James R. Cooper, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   1, 2, and 3 of the petition filed   on 4/26/11 of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime | 4/7/2011 |
| 2 | The defendant unlawfully possessed a controlled substance. | 4/7/2011 |
| 3 | The defendant associated with a person engaged in criminal activity and associated with a person convicted of a felony and was not granted permission to do so by the probation officer. | 4/7/2011 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4098

Defendant's Year of Birth:   1977

City and State of Defendant's Residence:
Montgomery, AL

October 20, 2011
Date of Imposition of Judgment

Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

October 26, 2011
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
       Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

| | |
|---|---|
| DEFENDANT: | LEENANDORA WOODS |
| CASE NUMBER: | 2:05cr300-01-MHT |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

27 Months. The terms of supervised released imposed on 11/30/07, and amended on 1/26/09 are hereby Revoked.

X    The court makes the following recommendations to the Bureau of Prisons:
      The court recommends that the defendant be designated to a facility where drug treatment is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:
      ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
      ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      ☐   before 2 p.m. on _____ .
      ☐   as notified by the United States Marshal.
      ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL